HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROGER WALTER DAMIEN,<br><br>    Defendant. | No. CR11-003RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court on Defendant's Motion to Terminate Supervised Release. Having considered Defendant's motion, the Government's opposition, and the files and pleadings herein, Defendant's Motion to Terminate Supervised Release (Dkt. #46) is DENIED.

DATED this 25th day of April, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge