|   |   |
|---|---|
| 1 | HON. RICHARD A. JONES |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR11-003RAJ |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DENYING<br>) RENEWED MOTION FOR |
| ROGER WALTER DAMIEN, | ) EARLY TERMINATION<br>) OF SUPERVISED RELEASE |
| Defendant. | ) |

This matter having come before the Court on Defendant's Renewed Motion for Early Termination of Supervised Release, the Court having reviewed the motion, the Government's response, and the records and files herein,

IT IS ORDERED that Defendant's Renewed Motion for Early Termination of Supervised Release (Dkt. #49) is DENIED.

DATED this 14th day of January, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING RENEWED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Roger Walter Damien;* CR11-003RAJ) - 1