HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11-003RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| ROGER WALTER DAMIEN, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, the Court having reviewed the motion, and the records and files herein,

IT IS ORDERED that Defendant's Motion for Early Termination of Supervised Release (Dkt. #56) is GRANTED.

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Damien's supervised release is warranted by the conduct of Mr. Damien and in the interests of justice.

IT IS FURTHER ORDERED that the term of supervised release for Mr. Damien shall be terminated, effective immediately.

DATED this 21st day of January, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING RENEWED
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Roger Walter Damien;* CR11-003RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**